Jeffrey L Willis, Esq.
Nevada Bar No. 4797
Karl O. Riley, Esq.
Nevada Bar No. 12077
Tanya N. Peters, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
jwillis@swlaw.com
kriley@swlaw.com
tpeters@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Home Mortgage*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CYNTHIA SAUCHAK,<br><br>  Plaintiff,<br><br>vs.<br><br>COMENITY BANK, NORDSTROM FSB, WELLS FARGO HOME MORTGAGE, EQUIFAX INFORMATION SERVICES, LLC<br><br>  Defendants. | CASE NO.:  2:15-CV-2100-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND PROPOSED ORDER**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Cynthia Sauchak ("Ms. Sauchak"), through her attorney David Krieger, and Defendant Wells Fargo Home Mortgage ("Wells Fargo"), through their attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Ms. Sauchak filed her Complaint on November 3, 2015 (Docket #1).  Wells Fargo was served on November 16, 2015.  The deadline for Wells Fargo to respond to the Complaint is currently set for December 7, 2015. In the interest of conserving client and judicial resources, Ms. Sauchak and Wells Fargo stipulate and agree that Wells Fargo shall have until **December 30, 2015**, to file its responsive pleading.  This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party, but is intended so that the parties may discuss settlement.

Dated November 20, 2015.

| HANES & KRIEGER | SNELL & WILMER L.L.P. |
|---|---|
| By:   */s/David Krieger*<br>David Krieger<br>8985 S. Eastern Ave, Ste 370<br>Henderson, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff*<br>*Cynthia Sauchak* | By:   */s/ Tanya N. Peters*<br>Jeffrey L Willis (NV Bar No. 4797)<br>Karl O. Riley (NV Bar No. 12077)<br>Tanya N. Peters (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>*Attorneys for Defendant*<br>*Wells Fargo Home Mortgage* |

## **ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before December 30, 2015.**

**IT IS SO ORDERED.**

_____
MAGISTRATE JUDGE

DATED November __24th__, 2015.

Respectfully submitted by:

SNELL & WILMER L.L.P.

  _/s/ Tanya N. Peters_
Tanya N. Peters, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant
Wells Fargo Home Mortgage*

## **CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND PROPOSED ORDER** by the method indicated below:

| | | | |
|---|---|---|---|
| _____ | U.S. Mail | _____ | Federal Express |
| _____ | U.S. Certified Mail | ___X___ | Electronic Service |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Overnight Mail | | |

and addressed to the following:

David H. Krieger, Esq.
HANES & KRIEGER, LLC
8985 S. Eastern Ave, Ste 370
Henderson, NV 89123

*Attorneys for Plaintiff*

DATED this 20th day of November, 2015.

*/s/ Nissa Riley*
An Employee of Snell & Wilmer L.L.P.

22941992.1