UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CYNTHIA A SAUCHAK,

Plaintiff,

v.

COMENITY BANK, et al.,

Defendants.

Case No. 2:15-cv-02100-RFB-PAL

ORDER

Before the court is the Notice of Settlement Between Cynthia A. Sauchak and Equifax Information Services, LLC (Dkt. #10). The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Equifax Information Services, LLC shall have until **February 8, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 9th day of December, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE