UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CYNTHIA A SAUCHAK, | Case No. 2:15-cv-02100-RFB-PAL |
| Plaintiff, | ORDER |
| v. | |
| COMENITY BANK, et al., | |
| Defendants. | |

Before the court is the Notice of Settlement Between Plaintiff Cynthia A. Sauchak and Defendant Nordstrom FSB (Dkt. #14). The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Nordstrom FSB shall have until **March 14, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 19th day of January, 2016.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE