UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CYNTHIA A. SAUCHAK,

                       Plaintiff,

   v.

COMENITY BANK, et al.

                     Defendants.

Case No. 2:15-cv-02100-RFB-PAL

ORDER

Before the court is Plaintiff's Notice of Settlement (Dkt. #19) between Plaintiff and Comenity Bank. Plaintiff advises that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days. Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **April 4, 2016,** to file a notice of voluntary dismissal of Defendant Comenity Bank as Defendant Comenity Bank has not made an appearance in this matter, or a status report advising when the notice of voluntary dismissal will be filed.

DATED this 1st day of February, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE