Jeffrey L. Willis, Esq.
Nevada Bar No. 4797
Tanya N. Peters, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
jwillis@swlaw.com
tpeters@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A,*
*erroneously named as Wells Fargo Home Mortgage*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA A SAUCHAK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COMENITY BANK, NORDSTROM FSB, WELLS FARGO HOME MORTGAGE, EQUIFAX INFORMATION SERVICES, LLC.<br><br>Defendants. | Case No. 2:15-cv-02100-RFB-PAL<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT WELLS FARGO BANK, N.A., ERRONEOUSLY SUED AS WELLS FARGO HOME MORTGAGE, WITHOUT PREJUDICE** |

Plaintiff Cynthia A. Sauchak, by and through her attorneys Haines & Krieger, LLC, and Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage ("Wells Fargo"), by and through its attorneys, the law firm of Snell & Wilmer L.L.P., hereby stipulate as follows:

1.  Defendant Wells Fargo shall be dismissed from this case, without prejudice;

2.  Those parties shall bear their own attorneys' fees and costs associated with this action.

DATED this 3rd day of March, 2016.

| HANES & KRIEGER | SNELL & WILMER L.L.P. |
|---|---|
| By: /s/ *David Krieger*<br>David Krieger<br>8985 S. Eastern Ave, Ste 370<br>Henderson, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff Cynthia Sauchak* | By:   */s/ Tanya N. Peters*<br>Jeffrey Willis (NV Bar No. 4797)<br>Tanya N. Peters (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone:  (702) 784-5200<br>Facsimile:  (702) 784-5252<br>*Attorneys for Defendant Wells Fargo Home Mortgage* |

## ORDER

**IT IS ORDERED THAT Defendant Wells Fargo Bank, N.A., erroneously sued as Wells Fargo Home Mortgage, is dismissed from this action, without prejudice, each party to bear their own fees and costs.**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED March___7th_____, 2016.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Peters*
Tanya N. Peters, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A. (erroneously sued as*
*Wells Fargo Home Mortgage)*

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO DISMISS DEFENDANT WELLS FARGO BANK, N.A., ERRONEOUSLY SUED AS WELLS FARGO HOME MORTGAGE, WITHOUT PREJUDICE** by the method indicated below:

| | | | |
|---|---|---|---|
| _____ | U.S. Mail | _____ | Federal Express |
| _____ | U.S. Certified Mail | ___X___ | Electronic Service |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Overnight Mail | | |

and addressed to the following:

David H. Krieger, Esq.
HANES & KRIEGER, LLC
8985 S. Eastern Ave, Ste 350
Henderson, NV 89123

*Attorneys for Plaintiff*

DATED this 3rd day of March, 2016.

*/s/ Nissa Riley*
An Employee of Snell & Wilmer L.L.P.